UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD McMAHON; and STACY McMAHON,<br><br>Plaintiffs,<br><br>v.<br><br>NBS DEFAULT SERVICES, LLC; WELLS FARGO BANK, N.A.; and FIRST AMERICAN TITLE COMPANY,<br><br>Defendants. | No. 2:17-cv-2493-TLN-EFB<br><br>**ORDER** |

On September 11, 2018, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. No objections were filed.

The Court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the proposed Findings and Recommendations in full.

Accordingly, IT IS ORDERED that:

1. The proposed Findings and Recommendations filed September 11, 2018, are ADOPTED;

2. All pending motions are DENIED as moot; and

/////

3. This action is REMANDED to the Superior Court of California for the County of Shasta.

Dated: September 27, 2018

_____
Troy L. Nunley
United States District Judge